Judge: Karen A. Overstreet
Chapter: 13
Hearing Date: September 22, 2010
Hearing Time: 9:00 a.m.
Hearing Location:
    Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville, WA 98270
Response Date: September 15, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TAM NGUYEN,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 10-15498-KAO

ORDER DENYING CONFIRMATION
OF PLAN AND DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's objection to confirmation of the debtor's Chapter 13 plan and motion to dismiss case, proper notice having been given, the response date having passed and no written response having been received, and the Court having examined the files and records, and being fully advised, it is

    ORDERED that confirmation of the above-numbered Chapter 13 plan is denied; and

    ORDERED that this case is dismissed.

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER DENYING CONFIRMATION
AND DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282